No. 6. ANTONIO JOAQUIN LUIS SANCHEZ DE LARRAGOITI ET AL., PLAINTIFFS IN ERROR, *v.* SALVADOR CASTELLO ET AL. In error to the District Court of the United States for Porto Rico. October 24, 1912. Dismissed with costs, pursuant to the nineteenth rule. *Mr. James Byrne, Mr. Hugo Kohlmann* and *Mr. Francis H. Dexter* for the

plaintiffs in error.   No appearance for the defendants in error.

